**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LARISA SOPKA, DANIELA SOPKA, TATYANA SOPKA,<br><br>Plaintiff,<br><br>vs.<br><br>WEA SOUTHCENTER LLC, d/b/a WESTFIELD SOUTHCENTER MALL, a Delaware limited liability company doing business in the state of Washington; URW WEA LLC, a Delaware limited liability company doing business in the State of Washington; THE CHEESECAKE FACTORY RESTAURANTS, INC., a California corporation doing business in the State of Washington; WESTFIELD, LLC, a Delaware limited liability company doing business in the State of Washington; WESTFIELD PROPERTY MANAGEMENT LLC, a limited liability company doing business in the State of Washington; WESTFIELD AMERICA LIMITED PARTNERSHIP, a Delaware limited partnership doing business in the State of Washington; WESTFIELD DDC INC., a Delaware corporation doing business in the state of Washington; WESTFIELD DEVELOPMENT INC. d/b/a WESTFIELD DEVELOPMENT OF WASHINGTON INC., a Delaware corporation doing business in the State of Washington; SOUTHCENTER OWNER LLC, a Delaware limited liability company doing business in the State of Washington; | NO. 2:24-cv-00011-BJR<br><br>**STIPULATION RE NECESSARY AND PROPER CORPORATE DEFENDANTS** |

32970221.1:12399-0007

STIPULATION RE NECESSARY AND PROPER
CORPORATE DEFENDANTS
Page 1

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

1 | JOHN AND JANE DOES 1-5, individuals or entities,
2 |
3 |                                  Defendants.

The parties have reached an agreement regarding the necessary and proper corporate defendants among the following defendants Plaintiffs have named in the case: WEA Southcenter LLC, d/b/a Westfield Southcenter Mall; URW WEA LLC; Westfield, LLC; Westfield Property Management LLC; Westfield America Limited Partnership; Westfield DDC Inc.; Westfield Development Inc. d/b/a/ Westfield Development of Washington Inc.; and Southcenter Owner LLC (collectively, "Westfield Entities"). The following recitals and stipulations comprise this agreement.

Plaintiffs have included the Westfield Entities in their complaint to ensure that they have identified the correct defendant or defendants with the responsibility and legal duty for tort events within the Southcenter Mall complex. Further, Plaintiffs have sought to ensure that they have included the correct defendants for securing insurance policies, discovery, and/or other assets to cover potential liability exposure for the damages sought in their lawsuit.

After investigation, counsel for the Westfield Entities indicates that among the Westfield Entities, Defendant Southcenter Owner LLC is the only necessary defendant for purposes of meeting the goals sought by plaintiffs as set out above. The Westfield Entities, collectively, have asked Plaintiffs to dismiss by voluntary non-suit: WEA Southcenter LLC, d/b/a Westfield Southcenter Mall; URW WEA LLC; Westfield, LLC; Westfield Property Management LLC; Westfield America Limited Partnership; Westfield DDC Inc.; and Westfield Development Inc. d/b/a/ Westfield Development of Washington Inc. (collectively the "Dismissed Westfield Entities") at this point, affirmatively warranting that all Dismissed Westfield Entities are superfluous and unnecessary.

To facilitate this request, the Dismissed Westfield Entities have agreed to toll the statute of limitations for all Plaintiffs' claims against the Dismissed Westfield Entities which would be

32970221.1:12399-0007

STIPULATION RE NECESSARY AND PROPER
CORPORATE DEFENDANTS
Page 2

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

dismissed by voluntary non-suit and, in the event Plaintiffs deem it necessary at some point, to permit the amendment of the Complaint to add the Dismissed Westfield Entities back into the suit without objection, without the risk of a motion to dismiss under the statute of limitations, and without motion for continuance as a result. Additionally, Defendant Southcenter Owner LLC agrees to (1) waive any argument or defense that any of the Dismissed Westfield Entitles owned, possessed, or controlled the premises at issue in this lawsuit at the time of the incident; (2) waive any argument or defense attempting to apportion fault to any of the Dismissed Westfield Entitles; and (3) will not assert that any information or document that is overwise discoverable is not subject to disclosure or production because the information or document is in the possession or control of one of the Dismissed Westfield Entities.

Plaintiffs accept this proposal and its conditions from the Westfield Entities. Plaintiffs will dismiss by voluntary non-suit the Dismissed Westfield Entities in exchange for the tolling agreement and the right to add the Dismissed Westfield Entities back in without objection and without creating grounds for a continuance. Plaintiffs will circulate a stipulated voluntary non-suit order to dismiss the Dismissed Westfield Entities by June 7, 2024.

SIGNED this 31st day of May, 2024.

**PFAU COCHRAN VERTETIS AMALA PLLC**

By:     /s/ Darrell L. Cochran_____
       Darrell L. Cochran, WSBA No. 22851
       *Attorney for Plaintiff*

By:    /s/ Kevin M. Hastings_____
       Kevin M. Hastings, WSBA No. 42316
       *Attorney for Plaintiff*

32970221.1:12399-0007

STIPULATION RE NECESSARY AND PROPER
CORPORATE DEFENDANTS
Page 3

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

**WOOD SMITH HENNING & BERMAN LLP**

By:   /s/ Timothy D. Shea
     Timothy D. Shea, WSBA No. 39631
     *Attorney for Southcenter and Westfield Defendants*

**Chock Barhoum LLP**

By:   /s/ Sarah Tuthill-Kveton
     Sarah Tuthill-Kveton, WSBA No. 51801
     *Attorney for Defendant Cheesecake Factory*

32970221.1:12399-0007

STIPULATION RE NECESSARY AND PROPER
CORPORATE DEFENDANTS
Page 4



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

## CERTIFICATE OF SERVICE

I, **Katie Hedger,** hereby declare under penalty of perjury under the laws of the State of Washington that that I am employed at Pfau Cochran Vertetis Amala, PLLC, and that on the below date I caused to be served via **ECF** the foregoing document all counsel of record.

    Timothy D. Shea
    Colin J. Troy
    Wood, Smith, Henning & Berman LLP
    801 Kirkland Ave, Ste. 100
    Kirkland, WA 98033
    *Attorneys for Defendants WEA Southcenter LLC; URW WEA LLC; Westfield, LLC; Westfield Property Management LLC; Westfield America Limited Partnership; Westfield DDC Inc.; Westfield Development Inc.; and Southcenter Owner LLC*

    Sarah Tuthill-Kveton
    Chock Barhoum LLP
    121 SW Morrison Street, Ste. 500
    Portland, OR 97204
    *Attorney for Defendant Cheesecake Factory*

**DATED** this 31st day of May, 2024.

                                                                 /s/ Katie Hedger
                                                                 Katie Hedger
                                                                 Legal Assistant

