UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LARISA SOPKA, DANIELA SOPKA, TATYANA SOPKA,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHCENTER OWNER LLC, a Delaware limited liability company doing business in the State of Washington; THE CHEESECAKE FACTORY RESTAURANTS, INC., a California corporation doing business in the State of Washington; UNIVERSAL PROTECTION SERVICE, LP, d/b/a ALLIED UNIVERSAL SECURITY SERVICES, a for-profit foreign limited partnership JOHN AND JANE DOES 1-5, individuals or entities,<br><br>Defendants. | Civil Case No. 2:24-cv-00011-BJR<br><br>DEFENDANT SOUTHCENTER OWNER LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES AND SOUTHCENTER OWNER LLC'S CROSS-CLAIMS |

Defendant SOUTHCENTER OWNER LLC (hereinafter "Southcenter") by and through its counsel of record, hereby answers Plaintiff's First Amended Complaint for Damages (the "Complaint") as follows. Unless specifically admitted or alleged, Southcenter denies each and every allegation of the Complaint.

**I. PARTIES**

1.  In response to paragraph 1 of the Complaint Southcenter lacks sufficient knowledge

DEFENDANT SOUTHCENTER OWNER LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES AND SOUTHCENTER OWNER LLC'S CROSS-CLAIM - 1
31060666.1:12399-0007

**WOOD, SMITH, HENNING & BERMAN LLP**
801 Kirkland Avenue, suite 100
Kirkland, WA 98033
206-204-6800