Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARISA SOPKA, et al.,<br><br>                      Plaintiffs,<br><br>    v.<br><br>SOUTHCENTER OWNER LLC, et al.,<br><br>                      Defendants. | No. 2:24-cv-00011-BJR<br><br>ORDER GRANTING AGREED MOTION TO CHANGE TRIAL DATE AND AMEND CASE SCHEDULE |

This matter came before the Court on the parties' Agreed Motion to Change Trial Date and Amend Case Schedule. The Court finds good cause to change the trial date and, therefore, sets the following new trial date and deadlines.

| Event | Deadline |
|---|---|
| JURY TRIAL DATE | October 20, 2025 |
| FRCP 26(a)(2) expert reports due | March 7, 2025 |
| Discovery completed by | April 7, 2025 |
| All dispositive motions filed by | May 6, 2025 |
| All motions in limine filed by | August 26, 2025 |
| Joint Pretrial Statement | September 5, 2025 |
| Pretrial conference | October 7, 2025 |
| Length of Jury Trial | 12 days |

ORDER GRANTING AGREED MOTION TO
CHANGE TRIAL DATE AND AMEND CASE
SCHEDULE (No. 2:24-cv-00011-BJR) - 1

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

1  All other dates are specified in the Local Civil Rules and/or the Court's Standing Order in all civil cases. If any of the dates identified in this Order, the Standing Order, or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery in the time allowed is not recognized as good cause.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

SO ORDERED.

The 7th day of August 2024.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:

SEAMARK LAW GROUP PLLC
Attorneys for Universal Protection Service

*s/Geoff Grindeland*
Geoff Grindeland, WSBA No. 35798
Nikki Carsley, WSBA No. 46650

# CERTIFICATE OF SERVICE

I certify that on the date below I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**

**Attorneys for The Cheesecake Factory Restaurants, Inc.**

**Attorneys for Southcenter Owner LLC**

I further certify that on the date below I mailed by U.S. Postal Service a copy of the foregoing document to the following non-CM/ECF participants:

**N/A**

DATED: August 5, 2024

*s/Geoff Grindeland*
Geoff Grindeland