Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LARISA SOPKA, DANIELA SOPKA, TATYANA SOPKA,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHCENTER OWNER LLC, a Delaware limited liability company doing business in the State of Washington; THE CHEESECAKE FACTORY RESTAURANTS, INC., a California corporation doing business in the State of Washington; UNIVERSAL PROTECTION SERVICE, LP, d/b/a ALLIED UNIVERSAL SECURITY SERVICES, a for-profit foreign limited partnership JOHN AND JANE DOES 1-5, individuals or entities,<br><br>Defendants. | Civil Case No. 2:24-cv-00011-BJR<br><br>**ORDER GRANTING AGREED MOTION TO CHANGE TRIAL DATE AND AMEND CASE SCHEDULE** |

This matter came before the Court on the Parties JOINT STIPULATION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES, and, in accordance with Rule 16(b)(4) of the Federal Rules of Civil Procedure, finding good cause has been shown and with the Court's consent, sets the following new trial date deadlines.

| Event | Original Deadline | New Deadline |
|---|---|---|
| JURY TRIAL DATE | October 20, 2025 | April 13, 2026 |
| FRCP 26(a)(2) expert reports due | March 7, 2025 | September 8, 2025 |
| Discovery completed by | April 7, 2025 | October 7, 2025 |
| All dispositive motions filed by | May 6, 2025 | November 6, 2025 |
| All motions in limine filed by | August 26, 2025 | February 26, 2026 |
| Joint Pretrial Statement | September 5, 2025 | March 5, 2026 |
| Pretrial conference | October 7, 2025 | April 7, 2026 |
| Length of Jury Trial | 12 days | 12 days |

**IT IS ORDERED** that the trial date shall be continued form October 20, 2025, to April 13, 2026.

**IT IS FURTHER ORDERED** that all remining pre-trial discovery and motion deadlines shall be continued in accordance with the new trial date.

**IT IS SO ORDERED:**

DATED this 20th of February 2025.


_Barbara J. Rothstein_
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING AGREED MOTION TO CHANGE TRIAL DATE AND AMEND CASE SCHEDULE** - 2

WOOD, SMITH, HENNING & BERMAN LLP
801 Kirkland Avenue, suite 100
Kirkland, WA 98033
206-204-6800

Presented by:

| | |
|---|---|
| CHOCK BARHOUM LLP | WOOD, SMITH, HENNING & BERMAN LLP |

By: */s/Sarah Tuthill-Kveton*      By:*/s/Timothy D. Shea*

Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
*Attorney for Defendant Cheese Cake Factory*

Timothy D. Shea, WSBA No. 39631
Ariana L. Morello, WSBA No. 56937
Colin J. Troy, WSBA No. 46197
801 Kirkland Ave, suite 100
Kirkland, WA 98033
Emails: tshea@wshblaw.com
amorello@wshblaw.com
ctroy@wshblaw.com
*Attorneys for Southcenter Owner LLC*

| | |
|---|---|
| SEAMARK LAW GROUP PLLC | PFAU COCHRAN VERTETIS AMALA |

By: */s/Jessie A. Townsend*      By:*/s/Kevin Hastings*

Grindeland, WSBA No. 35798
Nikki Carsley, WSBA No. 46650
Jesse A. Townsend, WSBA No. 63238
*Attorneys for Universal Protection Services*

Darrell Cochran, WSBA No. 22851
Kevin Hastings, WSBA No. 42316

DATED: 2/18/25

PREMIER LAW GROUP

By: */s/Jason Epstein*
Jason Epstein, WSBA No. 31779
*Attorneys Plainitff*

---

**ORDER GRANTING AGREED MOTION TO CHANGE TRIAL DATE AND AMEND CASE SCHEDULE** - 3

**WOOD, SMITH, HENNING & BERMAN LLP**
801 Kirkland Avenue, suite 100
Kirkland, WA 98033
206-204-6800