The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARISA SOPKA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHCENTER OWNER LLC, *et al.*,<br><br>Defendants. | NO. 24-cv-11-BJR<br><br>**ORDER** |

The Court has reviewed the parties' joint status report, ECF No. 121, and orders as follows:

1. The parties assert that there are additional questions of law remaining to be decided before trial. The Court directs the parties to file an agreed proposed briefing schedule for these motions.

2. Based on the parties' representation that there remain legal issues to be resolved through briefing, the Court declines to reset a trial date at this time. If this case is not resolved by settlement or after resolving the remaining motions, the Court will enter a separate order pertaining to pretrial and trial dates.

3. The Court hereby strikes all pending motions in limine, ECF Nos. 93, 95, 97, and 98, with leave for them to be refiled as needed once pretrial and trial dates have been scheduled. Before refiling, the Court advises the parties to carefully consider whether the motion truly merits the Court's consideration and to exercise restraint.

4. Southcenter and Allied indicate an intent to seek to have trial on the contractual crossclaims amongst Defendants bifurcated from the jury trial on Plaintiffs' claims. The Court is inclined to agree with bifurcation and orders

the parties to confer and attempt to agree to a stipulated order regarding bifurcation. If agreement cannot be reached, the parties shall propose an agreed briefing schedule for the bifurcation motion.

DATED this 25th day of November 2026.

Barbara Jacobs Rothstein
United States District Judge